August 7, 2015


Re: State v. John Gabriel Esquivel,
      Trial Court Cause No. D-1-DC-14-301500 / 03-15-00439-CR

Dear Mr. Kyle,

The Reporter's Record in this case is due today.  I first received notice of this case being on appeal on July 16th, 2015, then notified further on July 25th, 2015, that the defendant has hired an appellate attorney.  No payment arrangements have been made, but in all fairness, I have been in trial the week of July 20th and again all this week and have not been able to get an estimate of the costs to the attorney.  Even if I had, it would have been impossible to prepare the record in this short time period with my trial schedule.

I'm respectfully requesting, at minimum, a 30-day extension to prepare the Reporter's Record in this case.

Thank you in advance for your consideration to this matter.


Sincerely,

Angela Chambers
Official Court Reporter
299th District Court